FILED

03/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0057

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0057

| | |
|---|---|
| JACE CADE ZEILER,<br><br>     Petitioner and Appellant,<br><br>V.<br><br>STATE OF MONTANA,<br><br>     Appellee/Respondent. | **ORDER EXTENDING TIME TO FILE BRIEF** |

Upon Motion of the Petitioner and Appellant, Jace Zeiler, for an extension

of time to file his opening brief, and no objection being offered;

IT IS HEREBY ORDERED that the opening brief be due April 1, 2024.

Dated this _____ day March 2024.


_____
JUSTICE OF THE SUPREME COURT

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 15 2024